United States District Court
Southern District of Texas
**ENTERED**
January 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORMA MONTALVO and MARIA GARCIA, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Case No. 7:23-CV-00342 |
| AUTOZONE PARTS, INC. and EDGAR LUCIO, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the December 18, 2023 Report and Recommendation ("R&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 11). Judge Bray made findings and conclusions and recommended that Plaintiffs' Opposed Motion for Leave to Amend and Opposed Motion to Remand, (Dkt. No. 7), be denied. (Dkt. No. 11).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's R&R (Dkt. No. 11) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiffs' Opposed Motion for Leave to Amend and Opposed Motion to Remand, (Dkt. No. 7) are **DENIED**.

It is SO ORDERED.

Signed on January 4, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**