IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORMA MONTALVO and MARIA GARCIA, <br>     *Plaintiffs* <br><br> vs. <br><br> EDGAR LUCIO and AUTOZONE PARTS, INC., <br>     *Defendants* | § § § § § § § § § | Civil Action No. 7:23-cv-00342 |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), Plaintiffs NORMA MONTALVO, MARIA GARCIA and Defendants EDGAR LUCIO and AUTOZONE PARTS, INC. jointly stipulate that this case should be dismissed with prejudice. The parties have resolved all claims now existing among them, and seek to dismiss all claims which were, or could have been made in this action, with prejudice.

WHEREFORE, Plaintiffs and Defendants stipulated that this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii).

Submitted on this __2nd__ day of January, 2025.


/s/ David M. Roerig
JORGE A. GREEN
State Bar No. 24038023
DAVID M. ROERIG
State Bar No. 24060513
THE GREEN LAW FIRM, PC
34 S. Coria St.
Brownsville, Texas 78520
Tel:      956-542-7000
Fax:     956-542-7026
Email:   jorge@thegreenlawfirm.com
            david@thegreenlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

*AND*

_[signature: Karl T. Rivas]_

KARL T. RIVAS
State Bar No. 00784846
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Tel:	210-731-6462
Fax:	210-757-4402
Email:	krivas@namanhowell.com

*and*

P. CLARK ASPY
State Bar No. 01394170
NAMAN, HOWELL, SMITH & LEE, PLLC
8310 Capital of Texas Hwy North, Suite 490
Austin, Texas 78731
Tel:	512-479-0300
Fax:	512-474-1901
Email:	aspy@namanhowell.com

**ATTORNEYS FOR DEFENDANTS**