Case 7:23-cv-00342 Document 21 Filed on 01/06/25 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NORMA MONTALVO and MARIA GARCIA, <br>    *Plaintiffs* <br><br> vs. <br><br> EDGAR LUCIO and AUTOZONE PARTS, INC., <br>    *Defendants* | § § § § § § § § § | Civil Action No. 7:23-cv-00342 |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiffs and Defendants, which requests a dismissal with prejudice. The Court notes that the parties have filed a joint stipulation of dismissal that has been signed by counsel for all parties. The terms of the stipulation appear to be proper.

It is therefore ORDERED that this case be DISMISSED WITH PREJUDICE, with costs to be borne by the party incurring them.

SIGNED this   6th   day of   January  , 2024.

*Drew B. Tipton*
US DISTRICT COURT JUDGE

ORDER OF DISMISSAL - 1

4890-8109-0034, v. 1